UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:05CV114-R

BRENT MCDOWELL and JIM TRUMAN                                                         PLAINTIFFS

v.

CITY OF PRINCETON, KENTUCKY                                                             DEFENDANT

**ORDER**

Upon Motion for Judgment NOV of Defendant (Dkt. # 78), Plaintiffs' Response thereto (Dkt. # 80); Plaintiffs motion for liquidated damages (Dkt. # 73), Defendant's response thereto (Dkt. # 79), and Plaintiffs' reply (Dkt. # 81); Plaintiffs' Motion for Attorney Fees (Dkt. # 74), Defendant's response (Dkt. # 77) and Plaintiffs' reply (Dkt. # 82); and Defendant's objection (Dkt. # 75) to Plaintiffs' Bill of Costs (Dkt. # 72), to which Plaintiffs responded (Dkt. # 76); and the Court being otherwise sufficiently advised:

**IT IS ORDERED**

that, for the reasons set forth in the accompanying memorandum opinion, (1) Defendant's Motion for Judgment N.O.V. is hereby **DENIED**; (2) the Judgment entered July 17, 2006 shall be amended to reflect the costs (in the amount of $5,142.21), liquidated damages (in the amount of $43,587.17 to each Plaintiff) and attorney fees (in the amount of $53,392.09) discussed in the accompanying memorandum opinion; and (3) the Judgment, as amended by this Order, shall be final and appealable.